■ In the Matter of SARBJIT S. BAJAJ (Admitted as SARBJIT SINGH BAJAJ), a Disbarred Attorney. [721 NYS2d 225] —Motion granted and this Court's order entered on June 14, 1994 (212 AD2d 174) and the Opinion Per Curiam issued therewith vacated and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Rosenberger, J. P., Nardelli, Tom, Mazzarelli and Andrias, JJ.